■ In the Matter of KEVIN C. CLOR, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [951 NYS2d 425]—A certified copy of plea minutes having been filed showing that Kevin C. Clor was convicted of grand larceny in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Centra, J.P., Peradotto, Lindley and Martoche, JJ. (Filed Aug. 1, 2012.)

■ In the Matter of PHILIP R. ROTHSCHILD, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [951 NYS2d 430]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Scudder, P.J., Fahey, Carni and Sconiers, JJ. (Filed Sept. 12, 2012.)

■ In the Matter of JEROME C. ROSENTHAL, an Attorney, Resignor. [951 NYS2d 430]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Carni and Lindley, JJ. (Filed July 18, 2012.)

■ In the Matter of WALTER R. CHRISTY, an Attorney, Resignor. [951 NYS2d 430]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Carni and Lindley, JJ. (Filed July 23, 2012.)

■ In the Matter of SALLY AUSTIN, an Attorney, Resignor. [951 NYS2d 435]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Carni and Lindley, JJ. (Filed July 26, 2012.)

■ In the Matter of JEREMY MILLER, an Attorney, Resignor. [951 NYS2d 430]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed Aug. 9, 2012.)